# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALVIN EARL LAWRENCE,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL ZAKEN, *et al.*,<br><br>    Defendants. | 2:25-CV-60<br><br>Hon. J. Nicholas Ranjan<br><br>Magistrate Judge Maureen P. Kelly |

## **MEMORANDUM ORDER**

  This is a *pro se* prisoner civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to Magistrate Judge Maureen P. Kelly for proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and the Local Rules of Court applicable to Magistrate Judges.

  Currently before the Court is ECF 19, a Report & Recommendation filed by Judge Kelly on August 4, 2025, recommending that the Court dismiss Mr. Lawrence's Complaint, ECF 8, *sua sponte*. Judge Kelly recommends that the Court dismiss all federal claims with prejudice, with the exception that the Court dismiss any claim against Dr. Kantor without prejudice, with leave to amend. Judge Kelly also recommends that the Court dismiss Mr. Lawrence's state-law claims without prejudice, as supplemental jurisdiction for those claims would depend on a properly amended federal claim. Lastly, Judge Kelly recommends that the Court deny Mr. Lawrence's motion for default judgment at ECF 17. Mr. Lawrence was notified that, pursuant to 28 U.S.C. § 636(b)(1), objections to the Report & Recommendation were due by August 21, 2025. Mr. Lawrence filed no objections.

Upon a clear error review of the record of this matter and the Report and Recommendation, the Court finds no clear error on the face of the record, and therefore enters the following order.[1]

AND NOW, this 10th day of October, 2025, it is **ORDERED** that Plaintiff's Complaint is **DISMISSED**. The Report & Recommendation is adopted as the opinion of the Court. Consistent with the R&R, Plaintiff may file an amended complaint as to any claims against Dr. Kantor by October 31, 2025. If no amended complaint is filed by that date, then the Court will dismiss all federal claims with prejudice and decline supplemental jurisdiction over the state-law claims.

BY THE COURT:

/s/ *J. Nicholas Ranjan*
United States District Judge

---

[1] The Report & Recommendation concluded that the Court ought to dismiss Mr. Lawrence's claims against the prison supervisors *with* prejudice, finding that it would be futile to leave any room to amend. Whether amendment would be futile or not for these claims is a close call, but given that Mr. Lawrence did not object and given the deferential standard of review, the Court finds no clear error with respect to this aspect of Judge Kelly's decision.